MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MARTIN SOROKA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-01571-GSA<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME OF 30 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 additional days to respond to Plaintiff's opening brief. The current due date is August 27, 2018. The new due date will be September 26, 2018.

This is Defendant's first request for an extension of time in this case and the first request for an extension in this case overall. There is good cause for this request. Since the filing of Plaintiff's opening brief, Defendant's counsel was on leave and had planned to address her full workload of district court cases and other cases, including this case, upon her return. However, an unanticipated matter in another district court case that required immediate attention upon

1

Defendant's counsel's return prevented Defendant's counsel from completing Defendant's responsive brief in this case by the original due date.

Thus, Defendant is respectfully requesting additional time up to and including September 26, 2018, to fully review the record and research the issues presented by Plaintiff's opening brief in this case. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: August 27, 2018  LAW OFFICES OF LAWRENCE D. ROHLFING

*s/ Lawrence Rohlfing by C.Chen\**
(As authorized by email on 8/27/2018)
CYRUS SAFA
Attorneys for Plaintiff

Date: August 27, 2018  MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated: **August 28, 2018**          **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

2